**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **D. ANGELINA KENNEDY,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 17-00114-KD-N** |
| | ) | |
| **WARREN PROPERTIES, LLC,** *et al.*, | ) | |
|     **Defendants.** | ) | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendations (Doc. 72) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated February 8, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the motion to dismiss (Doc. 59) filed by Defendants Frank Warren, JoAnn Warren, Richard Colbourne, and Ronald Warren is **GRANTED** under Federal Rule of Civil Procedure 12(b)(5) or, alternatively, under Federal Rule 12(b)(4), and that Kennedy's claims against those Defendants are **DISMISSED without prejudice**.  It is further **ORDERED** that those Defendants' motion to strike (Doc. 63) is **DENIED**.

**DONE** and **ORDERED** this the 14th day of March 2018.


/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**