IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| D. ANGELINA KENNEDY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 17-00114-KD-N |
| | ) |
| WARREN PROPERTIES, INC., *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## JUDGMENT

In accordance with the Court's previous orders, it is **ORDERED, ADJUDGED,** and **DECREED** that

1) Summary judgment is granted in favor of Defendants Warren Properties, Inc., Brian Adkins, Linda Prosi, Sabrina Gross and Debra Ivy and this action is dismissed as to these Defendants (doc. 68); and

2) This action is dismissed as to Defendants Frank Warren, JoAnn Warren, Richard Colbourne, Ronald Warren (doc. 77), Nicole Kidd, Veronica Young (doc. 70), Judge Matthew Green, David Wible, Derrick Williams, Ashley Rich, Michael Kaoui (doc. 66), Brandi Sheppard, Cedrick Sellers, Angela Santos, Hazel Lewis, Duncan Cunningham, Gary Alan Moore (doc. 61), Amy Johnson, and Danielle Dowdy (doc. 58).

As required by Rule 58(a) of the Federal Rules of Civil Procedure, judgment is set out in a separate document.

**DONE** and **ORDERED** this the 15th day of March 2018.

                                                /s/ KristiK. DuBose
                                              **KRISTI K. DuBOSE**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**